EL PUEBLO DE PUERTO RICO, demandante y apelado *v.* RAMÓN SÁNCHEZ DAVID, acusado y apelante.

*Número:* 16892.  *Resuelto:* 8 de septiembre de 1961.

*William Morales Torres*, abogado del apelante; *J. B. Fernández Badillo, Procurador General de Puerto Rico,* y *Roberto Cruz Contreras, Procurador General Auxiliar,* abogados del apelado.

Sala integrada por el Juez Presidente señor Negrón Fernández, como Presidente de Sala, y los Jueces Asociados señores Blanco Lugo y Dávila.

PER CURIAM: El apelante, chófer de carro público, llevaba una bolsa con material que se utiliza en el juego ilegal de la bolita. Había tomado el bolso en Coamo para llevarlo a Santa Isabel a instancias de una persona que le pidió lo fuera a recoger en determinado sitio en Coamo. Alega que no conocía el contenido del paquete. Al salir de Coamo, y antes de tomar la carretera que conduce a Santa Isabel, fue ordenado a detenerse por la policía porque alegadamente dobló una curva a más de 15 millas por hora contrario a lo dispuesto por la ley. Uno de los policías le pidió la licencia que le autorizaba a conducir automóviles. Al bajar del automóvil para enseñar la licencia, la bolsa con el material de bolita, que estaba colocada entre el apelante y una pasajera, se viró, y el policía pudo ver el material. Entonces fue llevado a presencia del juez y se inició el presente caso.

Como único error señala el apelante el cometido por la corte al admitir en evidencia el material ocupado. La sustancia sosteniendo que el arresto fue ilegal, pues tomar una curva a más de 15 millas no es un delito si no se establece que la vista no es clara por un trecho de cien metros hacia adelante. Y concluye que si el arresto fue ilegal, también lo es el registro. Pero es que para resolver este caso no hay que determinar si hubo arresto y si éste fue legal. La policía ordenó al acusado que se detuviera y al solicitarle la licencia, a lo cual tenía derecho según la ley vigente a la fecha de los hechos (9 L.P.R.A. 177 (n)), fue que vieron el material de bolita que estaba en la bolsa de papel. Cuando lo vieron lo llevaron a presencia del juez. Estos hechos claramente demuestran que la evidencia fue legalmente ocupada. En *Pueblo* v. *Vargas*, 80 D.P.R. 296 (1958) el acusado detuvo el automóvil frente a una luz roja. Un policía le solicitó la licencia de conducir automóviles. No la tenía. Registró entonces el auto y encontró ron clandestino. Resolvimos que fue legal el registro. En el de autos, ni siquiera hubo registro pues cuando el policía le pidió la licen-

cia, que mostró, el acusado salió del carro y entonces la policía vio el material de bolita. Habiéndole el juez de instancia dado crédito a esa prueba no se cometió el error señalado.

*Se confirmará la sentencia apelada.*